IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPAL CLAIMS MANAGEMENT SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> ASOCIACIÓN DE RESIDENTES DE CAMINITO INC. AND TRIPLE S PROPIEDAD INC., <br><br> Defendants. | CIV. NO. 22-1237 (SCC) |

**JUDGMENT**

In light of the Opinion and Order at Docket No. 32, this case is hereby dismissed without prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of February 2023.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE