IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPAL CLAIMS MANAGEMENT SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> ASOCIACION DE RESIDENTES DE CAMINITO INC. AND TRIPLE S PROPIEDAD INC., <br><br> Defendants. | CIV. NO. 22-1237 (SCC) |

## JUDGMENT

In view of the Notice of Voluntary Dismissal at Docket No. 49, this action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of January 2024.

<u>S/ SILVIA CARREÑO-COLL</u>
UNITED STATES DISTRICT COURT JUDGE